| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY, TRENTON DIVISION |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| 1. | **Debtor's name** | **Core Education & Consulting Solutions In** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **34-1978691** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4390 US Highway 1 Ste 110 Princeton, NJ 08540-5788** Number, Street, City, State & ZIP Code | **4390 US Highway 1 Ste 110 Princeton, NJ 08540-5788** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Mercer** County | **Location of principal assets, if different from principal place of business** **4390 US Highway 1 Ste 110 Princeton, NJ 08540-5788** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor __Core Education & Consulting Solutions In_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5416__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Core Education & Consulting Solutions In**_____  Case number (*if known*)_____
     Name

| | |
|---|---|
| **11. Why is the case filed in** *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Core Education & Consulting Solutions In**_____   Case number (*if known*)_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 15, 2017**
              MM / DD / YYYY

X  **/s/ Nikhil C. Morsawala**                        **Nikhil C. Morsawala**
   Signature of authorized representative of debtor      Printed name

Title  **Director**

---

**18. Signature of attorney**

X  **/s/ Timothy P. Neumann Esq**                     Date  **March 15, 2017**
   Signature of attorney for debtor                          MM / DD / YYYY

**Timothy P. Neumann Esq**
Printed name

**Broege, Neumann, Fischer & Shaver, LLC**
Firm name

**24 Abe Voorhees Dr**
**Manasquan, NJ 08736-3545**
Number, Street, City, State & ZIP Code

Contact phone  **(732) 223-8484x210**    Email address  **tneumann@bnfsbankruptcy.com**

**TN 6429**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Core Education & Consulting Solutions In**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY, TRENTON DIVISION**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Quality Technology Services Metro II LLC<br>PO Box 74524<br>Cleveland, OH 44194-0607 | | | | | | $1,406,530.67 |
| NCS Pearson, Inc.<br>13036 Collection Center Dr<br>Chicago, IL 60693-0130 | | | | | | $540,715.00 |
| Progress Testing<br>4140 NW 27th Ln Ste G<br>Gainesville, FL 32606-6600 | | | | | | $234,500.00 |
| SPUS6 Three Ravinia LP Corp<br>SPUS Value 6<br>Three Ravinia Dr - PO Box<br>Los Angeles, CA 90084-4601 | | | | | | $191,073.07 |
| Seyfarth & Shaw LLP (A&I)<br>3807 Collection Center Dr<br>Chicago, IL 60693-0038 | | | | | | $129,998.16 |
| Academic Benchmarks<br>Attn: Accounts Receivable<br>8805 Governors Hill Dr Ste 200<br>Cincinnati, OH 45249-3303 | | | | | | $109,525.00 |

Debtor **Core Education & Consulting Solutions In**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Transfinder<br>440 State St<br>Schenectady, NY 12305-2304 | | | | | | $53,492.71 |
| National Academic Educational Partners<br>2951 E 9th Ave<br>Hialeah, FL 33013-3400 | | | | | | $45,000.00 |
| Seyfarth & Shaw, LLP<br>3807 Collection Center Dr<br>Chicago, IL 60693-0038 | | | | | | $44,491.82 |
| One Penn Plaza, LLC<br>PO Box 371486<br>Pittsburgh, PA 15250-7486 | | | | | | $25,452.77 |
| Everbank Commercial Finance, Inc.<br>PO Box 911608<br>Denver, CO 80291-1608 | | | | | | $21,371.49 |
| Elance, Inc.<br>441 Logue Ave Ste 150<br>Mountain View, CA 94043-4018 | | | | | | $18,750.00 |
| Cogent Communications, Inc. - A&S<br>PO Box 791087<br>Baltimore, MD 21279-1087 | | | | | | $16,977.68 |
| Third I Consultants, Inc.<br>4780 Ashford Dunwoody Rd Ste A<br>Atlanta, GA 30338-5564 | | | | | | $14,725.00 |
| Dell Marketing, LP<br>c/o Dell USA, LP<br>PO Box 643561<br>Pittsburgh, PA 15264-3561 | | | | | | $11,474.13 |

Debtor **Core Education & Consulting Solutions In**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Insight**  6620 S Harl Ave  Tempe, AZ  85283-4318 | | | | | | $10,701.76 |
| **IPFS Corporation**  PO Box 905849  Charlotte, NC  28290-5849 | | | | | | $10,186.12 |
| **BAC Tristate, Inc.**  1350 Broadway Ste 1608  New York, NY  10018-0964 | | **Trade debt** | | | | $9,400.00 |
| **Cogent Communications, Inc. - Corp**  PO Box 791087  Baltimore, MD  21279-1087 | | | | | | $8,682.78 |
| **Corporation Service Company**  PO Box 13397  Philadelphia, PA  19101-3397 | | | | | | $6,839.60 |

**Fill in this information to identify the case:**

Debtor name: **Core Education & Consulting Solutions In**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY, TRENTON DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $ **0.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **2,950,288.09**

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b          $ **2,950,288.09**

```
Academic Benchmarks
Attn: Accounts Receivable
8805 Governors Hill Dr Ste 200
Cincinnati, OH   45249-3303


BAC Tristate, Inc.
1350 Broadway Ste 1608
New York, NY   10018-0964


Carousel Industries of North America Inc
PO Box 849084
Boston, MA   02284-9084


Cogent Communications, Inc. - A&S
PO Box 791087
Baltimore, MD   21279-1087


Cogent Communications, Inc. - Corp
PO Box 791087
Baltimore, MD   21279-1087


Corporation Service Company
PO Box 13397
Philadelphia, PA   19101-3397


Dell Marketing, LP
c/o Dell USA, LP
PO Box 643561
Pittsburgh, PA   15264-3561
```

```
Elance, Inc.
441 Logue Ave Ste 150
Mountain View, CA   94043-4018


Everbank Commercial Finance, Inc.
PO Box 911608
Denver, CO   80291-1608


Greater Georgia Life ESG
PO Box 281487
Atlanta, GA   30384-1487


Hopewell Software, Inc.
12717 W Sunrise Blvd Ste 400
Sunrise, FL   33323-0902


Idera, Inc.
75 Remittance Dr Dept 6670
Chicago, IL   60675-6670


Insight
6620 S Harl Ave
Tempe, AZ   85283-4318


IPFS Corporation
PO Box 905849
Charlotte, NC   28290-5849
```

```
National Academic Educational Partners
2951 E 9th Ave
Hialeah, FL  33013-3400


NCS Pearson, Inc.
13036 Collection Center Dr
Chicago, IL  60693-0130


One Penn Plaza, LLC
PO Box 371486
Pittsburgh, PA  15250-7486


PC Connection Sales Corp.
Attn: Rachel Spannuth
730 Milford Rd
Merrimack, NH  03054-4612


Polar Systems, Inc.
525 Alstonefield Dr
Alpharetta, GA  30004-5072


Progress Testing
4140 NW 27th Ln Ste G
Gainesville, FL  32606-6600


Quality Technology Services Metro II LLC
PO Box 74524
Cleveland, OH  44194-0607
```

```
ReadSpeaker, LLC
1600 Tysons Blvd Fl 8
McLean, VA   22102-4872


Scantron Corporation
1313 Lone Oak Rd
Saint Paul, MN   55121-1334


Seyfarth & Shaw LLP (A&I)
3807 Collection Center Dr
Chicago, IL   60693-0038


Seyfarth & Shaw, LLP
3807 Collection Center Dr
Chicago, IL   60693-0038


Sharp Business Systems
Dept 1212
PO Box 121212
Dallas, TX   75312


SPUS6 Three Ravinia LP Corp
SPUS Value 6 Three Ravinia Dr - PO Box
Los Angeles, CA   90084-4601


SPUS6 Three Ravinia LP ESG
PO Box 844601
Los Angeles, CA   90084-4601
```

Strategic Blueprint Consulting, LLC
4780 Ashford Dunwoody Rd # 523
Dunwoody, GA   30338-5564


Strategic Business Communications
1979 Marcus Ave Ste 210
New Hyde Park, NY   11042-1022


Team Worldwide
800 Atlanta South Pkwy Ste 200
Atlanta, GA   30349-5940


Third I Consultants, Inc.
4780 Ashford Dunwoody Rd Ste A
Atlanta, GA   30338-5564


Transfinder
440 State St
Schenectady, NY   12305-2304